1
2
3
4
5
6
7

JS-6

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11  ANGUS M.,[1]                          Case No. 8:22-cv-00205-PD

12              Plaintiff,                **JUDGMENT**

13       v.

14  KILOLO KIJAKAZI, ACTING
15  COMMISSIONER OF SOCIAL SECURITY,

16              Defendant.

17

18       Pursuant to the Court's Memorandum Opinion and Order,

19       IT IS HEREBY ADJUDGED that the decision of the Administrative

20  Law Judge is Vacated and this matter is Remanded to the Social Security

21  Administration on an open record for further proceedings consistent with the

22  Court's Order.

23  DATED: February 21, 2023

    *Patricia Donahue*
24  _____
    HON. PATRICIA DONAHUE
    UNITED STATES MAGISTRATE JUDGE
25
26
27  _____
    [1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure
28  5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case
    Management of the United States Judicial Conference.